AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of  NEVADA _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  2:21-mj-00296-DJA |
|  | ) | |
| ZENEL RODRIGUEZ-SANCHEZ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | District of Arizona<br>AS ORDERED | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  April 6, 2021

_____
*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge

*Printed name and title*



____FILED         ____RECEIVED
____ENTERED      ____SERVED ON
          COUNSEL/PARTIES OF RECORD

APR - 6 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY